IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

VANESSA WISE, on behalf of J.S.W., )
)
Plaintiff, )
)
v. ) CV 316-072
)
NANCY A. BERRYHILL, Acting )
Commissioner of Social Security )
Administration, )
)
Defendant. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **AFFIRMS** the Acting Commissioner's final decision, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter final judgment in favor of the Acting Commissioner.

SO ORDERED this 17th day of May, 2017, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE